# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>PK MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: CV 19-5365-DMG (PLAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] [18]** |

For good cause shown to the satisfaction of the Court, and upon the agreement of the parties, IT IS HEREBY ORDERED that:

1. This litigation and the operative Complaint filed herein are dismissed, with prejudice.

2. The Parties will each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 10, 2019

                                                  DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE